

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| VERONICA MONTOYA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JESSICA MONTOYA, DECEASED, | § | No. 08-12-00070-CV |
| | § | Appeal from |
| Appellant, | § | 120th District Court |
| v. | § | of El Paso County, Texas |
| NICHIRIN-FLEX U.S.A., INC., | § | (TC # 2011-DCV-10027) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY AUGUST, 2013.


ANN CRAWFORD McCLURE, Chief Justice


Before McClure, C.J., Rivera, and Rodriguez, JJ.